

NUMBER 13-15-00513-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

KEVIN LOZANO A/K/A
KEVIN LOZAWO,                                                          Appellant,

v.

THE STATE OF TEXAS,                                                    Appellee.

---

On appeal from the 357th District Court
of Cameron County, Texas.

---

# ORDER TO FILE APPELLATE BRIEF

**Before Justices Rodriguez, Garza, and Longoria**
**Order Per Curiam**

This cause is currently before the Court on appellant's third motion for extension of time to file the brief. The reporter's record was filed on May 2, 2016, and appellant's brief was originally due to be filed thirty days thereafter. *See* TEX. R. APP. P. 38.6(a). This

Court has previously granted appellant two extensions of time totaling 182 days to file the brief.

The Court granted in part and denied in part appellant's third motion for extension of time to file the brief, ordered the brief to be filed on or before November 30, 2016, and notified counsel that further motions for extension of time would not be granted absent exigent circumstances. Appellant has now filed his fourth motion requesting an additional 30 days, until January 30, 2017, to file the appellate brief in this cause.

The Court, having fully examined and considered appellant's fourth motion for extension of time to file the brief and the extensions previously granted in this cause, is of the opinion that, in the interest of justice, appellant's fourth motion for extension of time to file the brief should be granted. Appellant's fourth motion for extension to file the brief is GRANTED and the Honorable Larry Warner is ORDERED to file the brief on or before January 30, 2017. The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter. No further extensions will be granted absent exigent circumstances. If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. *See id.* R. 38.8(b)(4).

PER CURIAM

Do not publish.
Tex. R. App. P. 47.2(b).

Delivered and filed the
15th day of December, 2016.

2